UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States District Court
Southern District of Texas
**ENTERED**
February 22, 2020
David J. Bradley, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| *versus* § § | Case No. 5:20–po–01327 |
| Leydy Solis–Jaimes § | |

## ORDER FINDING PROBABLE CASE

    I find that the complaint and/or affidavit(s) filed with the complaint, attested under oath, establish probable cause to believe that an offense against the laws of the United States has been committed and that the defendant committed it.

    The defendant therefore may be further detained pending presentment for an initial appearance before United States Magistrate Judge Diana Song Quiroga on February 24, 2020, at 09:02 AM.

    IT IS SO ORDERED

    SIGNED February 22, 2020.

Sam S. Sheldon
United States Magistrate Judge